T. Wilce Company, appellant, v. Royal Indemnity Company, appellee. Gen. No. 23,725.

Action to recover upon a fidelity bond contested on grounds of false warranties. Judgment for plaintiff for amount of premium paid. Appeal from the Circuit Court of Cook county; the Hon. Robert E. Crowe, Judge, presiding. Heard in the Branch Appellate

Court at the October term, 1917. Affirmed. Opinion filed February 11, 1919.

Bulkley, More & Tallmadge, for appellant. Thomas Bates and Seymour Edgerton, for appellee.

Mr. Justice Barnes delivered the opinion of the court.